**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: DOTSON, THURMAN, SR § Case No. 09-72550
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 05/11/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  04/14/2011          By:  /s/BERNARD J. NATALE
                                                                                             Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: DOTSON, THURMAN, SR § Case No. 09-72550
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 100,002.82 |
| *and approved disbursements of* | $ 76,127.64 |
| *leaving a balance on hand of* [1] | $ 23,875.18 |
| **Balance on hand:** | $ 23,875.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 23,875.18 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 8,250.14 | 0.00 | 8,250.14 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 10,031.00 | 0.00 | 10,031.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 129.09 | 0.00 | 129.09 |
| Accountant for Trustee, Fees - WIPFLI LLP | 827.20 | 0.00 | 827.20 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 19,237.43 |
| Remaining balance: | $ 4,637.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: **$** 0.00
Remaining balance: **$** 4,637.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: **$** 0.00
Remaining balance: **$** 4,637.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,283.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Yellow Book USA (MPM) | 70,283.11 | 0.00 | 4,637.75 |

Total to be paid for timely general unsecured claims: **$** 4,637.75
Remaining balance: **$** 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/BERNARD J. NATALE
                    Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 09-72550-MB
Thurman Dotson                                                          Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave              Page 1 of 2                   Date Rcvd: Apr 22, 2011
                              Form ID: pdf006              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2011.
db           +Thurman Dotson, Sr,    5536 Heidi Drive,    Rockford, IL 61109-7537
aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,     6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
aty          +Jason H Rock,    Barrick Switzer Law Office,    6833 Stalter Drive,    First Floor,
               Rockford, IL 61108-2579
aty          +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
14070203     +A Law Office of Crosby,    & Associates PC,    475 Executive Parkway,    Rockford, IL 61107-6629
14070204     +Allen J. Coleman,    5725 North Ravenwood Avenue,    Chicago, IL 60660-3913
14070205     +Allied Interstate,    PO Box 361445,    Columbus, OH 43236-1445
14070206     +Bank Of Mauston,    POB 226,   Mauston, WI 53948-0226
14130960     +Bank of Mauston,    503 State Rd 82E,    Mauston WI 53948-1403
14070208     +Countrywide Home Loans,    Po Box 5170,    Simi Valley, CA 93062-5170
14070210     +DNL Health Care Services,    2350 East Devon, Suite 210,    Des Plaines, IL 60018-4602
14070209      Dish Network,    Dept 0063,   Palatine, IL  60055-0063
14070202     +Dotson Thurman  Sr,    5536 Heidi Drive,    Rockford, IL 61109-7537
14070212     +Ford Credit,    P.O. Box 790093,   St. Louis, MO 63179-0093
14070214      GMAC,    P.O. Box 380903,   Bloomington, MN  55438-0903
14070213     +Ge Capital,    P. O. Box 802585,   Chicago, IL 60680-2585
14130961      Hitachi,    21925 Network Place,    Chicago IL 60673-1219
14070215     +Home Pages,    915 East Lincoln Hwy.,    P.O. Box 801,   Dekalb, IL 60115-0801
14070216      Ingersoll Rand,    Financial Services,    P.O. Box 167488,   Irving, TX  75016-7488
14070217     +John C. Williams And Associates,    1612 Northeast Expressway,    Atalanta, GA 30329-2003
14070218      Karner Family Accounting, Inc.,    P.O. Box 953,   Elgin, IL  60121-0953
14070219      Lafarge Fox River Inc.,    23283 Network Place,    Chicago, IL  60673-1232
14070220     +McCarthy, Burgess & Wolff,    26000 Cannon Road,    Cleveland, OH 44146-1807
14070221     +Money Mailer Of Fox River Valley,    707 Colombia Court, Suite 101,    St. Charles, IL 60174-3424
14070222      Mortgage IT,    P.O. Box 205,   Waterloo, IA 50704-0205
14070224      Rauch-Milliken International, Inc.,    P.O. Box 8390,    Metairie, LA  70011-8390
14070225     +Robert J. Klein, Ltd.,    114 North Lafox,    South Elgin, IL 60177-1612
14070226      Sprint,    P. O. Box 4181,   Carol Stream, IL  60197-4181
14070227     +Teller & Levit Sivertrust, P.C.,    11 East Adams Street,    Chicago, IL 60603-6369
14070228     +The Law Office Of Jack H. Rottner,    P.O. Box 10417,    Chicago, IL 60610-0417
14070230     +Trg Account Services,    689 N Mill St Ste #103,    Plymouth, MI 48170-1492
14691687     +Yellow Book Sales & Distribution Co,    Teller Levit & Silvertrust PC,    11 E Adams St #800,
               Chicago IL 60603-6369
14132066     +Yellow Book USA (MPM),    c/o RMS Bankruptcy Recovery Services,    POB 5126,
               Timonium MD 21094-5126
14070231      Yellow Book West,    P.O. Box 660052,    Dallas, TX  75266-0052
14070232     +Yellowbook,    P.O. Box 3162,   Cedar Rapids, IA 52406-3162
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14130958     +E-mail/Text: bankrup@nicor.com Apr 22 2011 21:51:06       (NICOR) Northern Illinois Gas,
               Attention Bankruptcy & Collections,     PO Box 549,   Aurora IL 60507-0549
14070207      E-mail/Text: legalcollections@comed.com Apr 22 2011 21:52:09        ComEd,   Bill Payment Center,
               Chicago, IL  60668-0001
14130959     +E-mail/Text: legalcollections@comed.com Apr 22 2011 21:52:09        ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
14070223     +E-mail/Text: bankrup@nicor.com Apr 22 2011 21:51:06       Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                                TOTAL: 4
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
14131027    ##+Dotson Brothers Sewer Inc,    901 Elizabeth Street,    Elgin IL 60120-8417
14070211    ##+First Choice Yellow Pages, Inc.,    5105 Tollview Drive, Suite 120,
               Rolling Meadows, IL 60008-3724
14070229    ##+Transworld Systems Inc.,    Collection Agency,    25 Northwest Point Blvd, Suite 750,
               Elk Grove Village, IL 60007-1058
                                                                                              TOTALS: 0, * 1, ## 3
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: kkrystave            Page 2 of 2              Date Rcvd: Apr 22, 2011
                              Form ID: pdf006            Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2011**                        **Signature:**   *Joseph Speetjens*