# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 09-72550  
**Debtor Name:** DOTSON, THURMAN, SR

Page: 1

**Date:** May 11, 2011  
**Time:** 04:47:16 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $23,875.43 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 129.09 | 0.00 | 129.09 | 129.09 | 23,746.34 |
| ACCT | WIPFLI LLP | Admin Ch. 7 | 827.20 | 0.00 | 827.20 | 827.20 | 22,919.14 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 10,031.00 | 0.00 | 10,031.00 | 10,031.00 | 12,888.14 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 8,250.14 | 0.00 | 8,250.14 | 8,250.14 | 4,638.00 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 19,237.43 | 0.00 | 19,237.43 | 19,237.43 | |
| 2 | Yellow Book USA (MPM) | Unsecured | 70,283.11 | 0.00 | 70,283.11 | 4,638.00 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 70,283.11 | 0.00 | 70,283.11 | 4,638.00 | |
| << Totals >> | | | 89,520.54 | 0.00 | 89,520.54 | 23,875.43 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**          100.000000%  
**Unsecured**                     6.599025%