**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: DOTSON, THURMAN, SR                   § Case No. 09-72550
                                             §
                                             §
                                             §
Debtor(s)                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $141,380.00<br>*(without deducting any secured claims)* | Assets Exempt:  $19,250.00 |
| Total Distribution to Claimants: $67,766.83 | Claims Discharged<br>Without Payment:  $563,507.39 |
| Total Expenses of Administration: $32,236.24 | |

    3)  Total gross receipts of $    100,003.07    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $100,003.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $263,959.10 | $129,828.43 | $63,128.83 | $63,128.83 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 32,236.24 | 32,236.24 | 32,236.24 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 497,862.28 | 140,434.22 | 70,283.11 | 4,638.00 |
| **TOTAL DISBURSEMENTS** | $761,821.38 | $302,498.89 | $165,648.18 | $100,003.07 |

    4) This case was originally filed under Chapter 7 on June 19, 2009. The case was pending for 24 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2011          By: /s/BERNARD J. NATALE
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rental House, W7000 Welch Prairie Road, New Lisb | 1110-000 | 100,000.00 |
| Interest Income | 1270-000 | 3.07 |
| **TOTAL GROSS RECEIPTS** | | **$100,003.07** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bank Of Mauston | 4110-000 | 104,939.00 | 63,032.23 | 0.00 | 0.00 |
| 3 | Bank Of Mauston | 4110-000 | 22,829.91 | 3,667.37 | 0.00 | 0.00 |
| NOTFILED | Ford Credit | 4110-000 | 26,480.19 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Loans | 4110-000 | 109,710.00 | N/A | N/A | 0.00 |
| | Bank of Mauston | 4110-000 | N/A | 63,128.83 | 63,128.83 | 63,128.83 |
| **TOTAL SECURED CLAIMS** | | | **$263,959.10** | **$129,828.43** | **$63,128.83** | **$63,128.83** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 129.09 | 129.09 | 129.09 |
| WIPFLI LLP | 3410-000 | N/A | 827.20 | 827.20 | 827.20 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 10,031.00 | 10,031.00 | 10,031.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 8,250.14 | 8,250.14 | 8,250.14 |
| Law Offices of James W McNeilly, Jr LLC | 3210-600 | N/A | 1,097.10 | 1,097.10 | 1,097.10 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 73.00 | 73.00 | 73.00 |
| WISCONSIN DEPARTMENT OF REVENUE | 2820-000 | N/A | 650.00 | 650.00 | 650.00 |
| Castle Rock Realty | 3510-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| Heartland Title Ltd | 2500-000 | N/A | 600.00 | 600.00 | 600.00 |
| Heartland Title Ltd. | 2820-000 | N/A | 300.00 | 300.00 | 300.00 |
| Juneau County Treasurer | 2820-000 | N/A | 2,809.75 | 2,809.75 | 2,809.75 |
| Juneau County Treasurer | 2820-000 | N/A | 1,468.96 | 1,468.96 | 1,468.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 32,236.24 | 32,236.24 | 32,236.24 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Yellow Book USA (MPM) | 7100-000 | N/A | 70,283.11 | 70,283.11 | 4,638.00 |
| 4 | Yellow Book Sales & Distribution Co | 7100-000 | N/A | 70,151.11 | 0.00 | 0.00 |
| NOTFILED | Robert J. Klein, Ltd. | 7100-000 | 19,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Rauch-Milliken International, Inc. | 7100-000 | 85,441.71 | N/A | N/A | 0.00 |
| NOTFILED | McCarthy, Burgess & Wolff | 7100-000 | 84,303.38 | N/A | N/A | 0.00 |
| NOTFILED | Money Mailer Of Fox River Valley | 7100-000 | 2,580.00 | N/A | N/A | 0.00 |
| NOTFILED | Yellowbook | 7100-000 | 293.00 | N/A | N/A | 0.00 |
| NOTFILED | Lafarge Fox River Inc. | 7100-000 | 388.16 | N/A | N/A | 0.00 |
| NOTFILED | Teller & Levit Sivertrust, P.C. | 7100-000 | 85,441.70 | N/A | N/A | 0.00 |
| NOTFILED | Trg Account Services | 7100-000 | 66.00 | N/A | N/A | 0.00 |
| NOTFILED | Karner Family Accounting, Inc. | 7100-000 | 1,960.00 | N/A | N/A | 0.00 |
| NOTFILED | The Law Office Of Jack H. Rottner | 7100-000 | 81,803.38 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems Inc. Collection Agency | 7100-000 | 1,635.32 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 3,703.25 | N/A | N/A | 0.00 |
| NOTFILED | Yellow Book West | 7100-000 | 814.45 | N/A | N/A | 0.00 |
| NOTFILED | First Choice Yellow Pages, Inc. | 7100-000 | 2,236.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate | 7100-000 | 3,690.01 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 709.61 | N/A | N/A | 0.00 |
| NOTFILED | Allen J. Coleman | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network | 7100-000 | 43.04 | N/A | N/A | 0.00 |
| NOTFILED | DNL Health Care Services | 7100-000 | 846.18 | N/A | N/A | 0.00 |
| NOTFILED | Home Pages | 7100-000 | 603.45 | N/A | N/A | 0.00 |
| NOTFILED | Ingersoll Rand Financial Services | 7100-000 | 54,610.40 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 7100-000 | 13,841.68 | N/A | N/A | 0.00 |
| NOTFILED | Hitachi | 7100-000 | 9,301.95 | N/A | N/A | 0.00 |
| NOTFILED | John C. Williams And Associates | 7100-000 | 10,319.45 | N/A | N/A | 0.00 |
| NOTFILED | Ge Capital | 7100-000 | 8,630.16 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 497,862.28 | 140,434.22 | 70,283.11 | 4,638.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72550  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** DOTSON, THURMAN, SR  **Filed (f) or Converted (c):** 06/19/09 (f)
 **§341(a) Meeting Date:** 07/22/09
**Period Ending:** 06/16/11  **Claims Bar Date:** 11/18/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Rental House, W7000 Welch Prairie Road, New Lisb | 158,000.00 | 52,000.00 | | 100,000.00 | FA |
| 2 | Residence  5536 Heidi Dr  Rockford | 130,860.00 | 0.00 | DA | 0.00 | FA |
| 3 | cash on hand | 20.00 | 20.00 | DA | 0.00 | FA |
| 4 | Checking The Bank of Mauston Acc No: 3816 buildi | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | House hold furnishings audio, video, and compute | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2005 Chevy Van | 6,250.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.07 | FA |
| 8 | Assets    Totals (Excluding unknown values) | **$299,380.00** | **$52,020.00** | | **$100,003.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

TAX RETURNS TO BE FILED SHORTLY AND THEN WAITING FOR IRS PROMPT DETERMINATION.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010    **Current Projected Date Of Final Report (TFR):**    April 14, 2011  (Actual)

Printed: 06/16/2011 04:26 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-72550  
**Case Name:** DOTSON, THURMAN, SR  
**Taxpayer ID #:** **-***2790  
**Period Ending:** 06/16/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-65 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/10 | | Heartland Title Ltd. | Receipt of Sale of Welch Prairie Road Property | | 25,692.46 | | 25,692.46 |
| | {1} | | 100,000.00 | 1110-000 | | | 25,692.46 |
| | | Bank of Mauston | Pay off of Mortgage  -63,128.83 | 4110-000 | | | 25,692.46 |
| | | Castle Rock Realty | Pymt of 6% Realtor Commission  -6,000.00 | 3510-000 | | | 25,692.46 |
| | | Heartland Title Ltd | Title Insurance and searach  -600.00 | 2500-000 | | | 25,692.46 |
| | | | State Tax Stamps  -300.00 | 2820-000 | | | 25,692.46 |
| | | Juneau County Treasurer | Delinquent 2009 Property Tax  -2,809.75 | 2820-000 | | | 25,692.46 |
| | | Juneau County Treasurer | 1/10 - 7/10 Property Taxes  -1,468.96 | 2820-000 | | | 25,692.46 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.42 | | 25,693.88 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,694.09 |
| 10/08/10 | | To Account #9200******5666 | Transfer to pay fees of special counsel | 9999-000 | | 1,100.00 | 24,594.09 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 24,594.30 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,594.50 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,594.70 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,594.90 |
| 02/17/11 | | To Account #9200******5666 | Transfer for Income Taxes | 9999-000 | | 800.00 | 23,794.90 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,795.08 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,795.28 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,795.47 |
| 05/11/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 23,795.53 |
| 05/11/11 | | To Account #9200******5666 | Transfer for Final Distribution | 9999-000 | | 23,795.53 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 25,695.53 | 25,695.53 | $0.00 |
| Less: Bank Transfers | | 0.00 | 25,695.53 | |
| **Subtotal** | | 25,695.53 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$25,695.53** | **$0.00** | |

{} Asset reference(s)  

Printed: 06/16/2011 04:26 PM  V.12.56

Exhibit 9

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-72550  
**Case Name:** DOTSON, THURMAN, SR  

**Taxpayer ID #:** **-***2790  
**Period Ending:** 06/16/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/08/10 | | From Account #9200******5665 | Transfer to pay fees of special counsel | 9999-000 | 1,100.00 | | 1,100.00 |
| 10/08/10 | 101 | Law Offices of James W McNeilly, Jr LLC | Ref # ACCT #80748.00 STMT #1783 | 3210-600 | | 1,097.10 | 2.90 |
| 02/17/11 | | From Account #9200******5665 | Transfer for Income Taxes | 9999-000 | 800.00 | | 802.90 |
| 02/17/11 | 102 | ILLINOIS DEPARTMENT OF REVENUE | Ref # 38-6922790   FOR THE BANKRUPTCY ESTATE OF THURMAN DOTSON, SR | 2820-000 | | 73.00 | 729.90 |
| 02/17/11 | 103 | WISCONSIN DEPARTMENT OF REVENUE | Ref # 38-6922790  FOR THE BANKRUPTCY ESTATE OF THURMAN DOTSON, SR | 2820-000 | | 650.00 | 79.90 |
| 05/11/11 | | From Account #9200******5665 | Transfer for Final Distribution | 9999-000 | 23,795.53 | | 23,875.43 |
| 05/12/11 | 105 | BERNARD J. NATALE | Dividend paid 100.00% on $8,250.14, Trustee Compensation;  Reference: | 2100-000 | | 8,250.14 | 15,625.29 |
| 05/12/11 | 107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 10,160.09 | 5,465.20 |
| | | | Dividend paid 100.00%        10,031.00 on $10,031.00;  Claim# ATTY; Filed: $10,031.00 | 3110-000 | | | 5,465.20 |
| | | | Dividend paid 100.00%        129.09 on $129.09;  Claim# EXP; Filed: $129.09 | 3120-000 | | | 5,465.20 |
| 05/16/11 | 104 | WIPFLI LLP | Dividend paid 100.00% on $827.20, Accountant for Trustee Fees (Other Firm);  Reference: 569704 | 3410-000 | | 827.20 | 4,638.00 |
| 05/16/11 | 106 | Yellow Book USA (MPM) | Distribution paid   6.59% on $70,283.11; Claim# 2; Filed: $70,283.11; Reference: | 7100-000 | | 4,638.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,695.53 | 25,695.53 | $0.00 |
| | | | Less: Bank Transfers | | 25,695.53 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 25,695.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$25,695.53** | |

{} Asset reference(s)                                                                                               Printed: 06/16/2011 04:26 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-72550 | | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | DOTSON, THURMAN, SR | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******56-66 - Checking Account |
| **Taxpayer ID #:** | **-***2790 | | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 06/16/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******56-65** | **25,695.53** | **0.00** | **0.00** |
| **Checking # 9200-******56-66** | **0.00** | **25,695.53** | **0.00** |
| | **$25,695.53** | **$25,695.53** | **$0.00** |

{} Asset reference(s)

Printed: 06/16/2011 04:26 PM    V.12.56